UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      vs.                        )      No. 4:06-CV-0217 CEJ
                                 )
STEPHANIE L. FLEMING,            )
                                 )
            Defendant.           )

                              **ORDER**

A review of the record in this case indicates that no proof of service upon nor entry of appearance on behalf of the defendant has been filed. Because it does not appear that service of the complaint has been timely made within 120 days after the filing of the complaint on February 15, 2006,

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Civ. P. 4(m), that plaintiff shall show cause in writing, by July 6, 2006, why this action should not be dismissed without prejudice for lack of timely service.

                                   _____
                                   CAROL E. JACKSON
                                   UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2006.